CHRISTIE B. GARLASCO, Respondent, *v.* GILBERT M. SMITH et al., as Liquidating Trustees of MANHATTAN BRASS COMPANY et al., Defendants, and WERTSHORE REALTY CORPORATION et al., Appellants.

Submitted February 28, 1938; decided March 8, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 666.)

In the Matter of the Accounting of BANKERS TRUST COMPANY, as Trustee under the Will of A. WALKER OTIS, Deceased.

MAUDE D. HENDRICKSON, Appellant and Respondent; WILLIAM B. STITT, as Special Guardian for MARGARET E. OTIS, an Iufant, Respondent and Appellant; BANKERS TRUST COMPANY, as Trustee, Respondent.

Submitted February 28, 1938; decided March 8, 1938.

We think our opinion in *Matter of Otis* (276 N. Y. 101) does not imply that fiduciaries may distribute surplus income before all advances from principal are repaid. We are also of opinion that no valid distinction may be made in that regard between " principal obligations " and " income obligations."